**Chief Frate, Inc., a Corporation, Plaintiff-Appellant, v. Wabash Railroad Company, a Corporation, Defendant-Appellee.**

Gen. No. 10,420.

Third District.
February 26, 1963.

Chester
Thomson, Ralph Schroeder, John W. Biggers and W. Loren Thomson, of Bloomington, for appellant; Wheat, Hatch & Corazza, of Champaign (John L. Davidson, Jr., of St. Louis, Missouri, of counsel), for appellee. Opinion by **JUDGE CARROLL**. **Not to be published in full.**